✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**TAMARA FRYER**

Crim. No.    5:20-CR-20-012(MTT)

On April 6, 2022, the probation term of 5 years commenced. Tamara Fryer has complied with the rules and regulations of probation; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that Tamara Fryer be discharged from supervision.

Respectfully submitted,

Jennifer Fowler

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____11th_____ day of _____February_____, 2026.

S/ Marc T. Treadwell

_____

MARC T. TREADWELL
U.S. DISTRICT JUDGE